JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FERNANDO RAMOS MARTINEZ,
Petitioner,
v.
MARKWAYNE MULLIN, et al.,
Respondents.

Case No. 5:26-cv-06588-PD

**JUDGMENT**

**A# 222-570-925**

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus and Ordering Release, IT IS ADJUDGED that the Petition is granted as to Counts Two and Three, and the remaining counts are dismissed without prejudice.

The Clerk of the Court is directed to close this case.

DATED: November 18, 2026

Patricia Donahue

Patricia Donahue
United States Magistrate Judge